**FOR PUBLICATION**

**UNITED STATES COURT OF APPEALS**

**FOR THE NINTH CIRCUIT**

| | |
|---|---|
| **TIO DINERO SESSOMS**, | No. 08-17790 |
| Petitioner - Appellant, | D.C. No. 2:05-cv-01221-JAM-GGH |
| v. | |
| **D. L. RUNNELS**, | **ORDER** |
| Respondent - Appellee. | |

**KOZINSKI**, Chief Judge:

Upon the vote of a majority of nonrecused active judges, it is ordered that this case be reheard en banc pursuant to Circuit Rule 35-3. The three-judge panel opinion shall not be cited as precedent by or to any court of the Ninth Circuit.